# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

HOWARD AVENUE STATION, LLC
and THOMAS ORTIZ,

    Appellants,

v.        Case No: 8:15-cv-1771-T-30

FRANK R. KANE,

    Appellee.

## ORDER OF DISMISSAL

Before the Court is the Notice of Stipulation (Dkt. #20) stating this appellate proceeding should be dismissed in its entirety. Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 25th day of February, 2016.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record